UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MICHAEL DAVID ALTAMIRANO,

Plaintiff,

v.

MARTIN O'MALLEY, Commissioner of Social Security,[1]

Defendant.

Case No.: 23CV0601-BLM

**ORDER GRANTING JOINT MOTION FOR THE AWARD OF ATTORNEY FEES PURUSANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)**

**[ECF No. 26]**

On April 4, 2023, Plaintiff filed a complaint in this matter seeking judicial review of the denial of his application "for Social Security Disability [and Supplemental Security Income disability] benefits for lack of disability." ECF No. 1.

On May 3, 2024, the Court granted Plaintiff's merits brief and reversed and remanded for further proceedings. ECF No. 24 at 15.

On August 2, 2024, the parties filed a Joint Motion for the Award Of Attorney Fees Pursuant To The Equal Access To Justice Act, 28 U.S.C. § 2412(d). ECF No. 26.

---

[1] Martin O'Malley is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed.R.Civ.P. 25(d).

23CV0601-BLM

The EAJA allows a prevailing party to seek attorney's fees from the United States within thirty days of final judgment.  28 U.S.C. § 2412(d).  "A sentence four remand becomes a final judgment, for purposes of attorneys' fees claims brought pursuant to the EAJA, 28 U.S.C. § 2412(d), upon expiration of the time for appeal." Akopyan v. Barnhart, 296 F.3d 852, 854 (9th Cir. 2002).  If one of the parties is the United States, either party may file a notice of appeal within sixty days of the order appealed from.  See Fed. R. App. P. 4(a)(1)(B).  "A plaintiff who obtains a sentence four remand is considered a prevailing party for attorneys' fees." Akopyan, 296 F.3d at 854.  Plaintiff is the prevailing party in this action for purposes of attorney's fees, the parties' joint motion is timely, and the Court finds the stipulated amount of fees and expenses reasonable.

Having considered the joint motion and finding the stipulated amount of fees and expenses reasonable, the Court **GRANTS** the joint motion and **AWARDS** Plaintiff attorney's fees in the total amount of $8,194.77 as authorized by 28 U.S.C. § 2412 and costs in the amount of $0 as authorized by 28 U.S.C. § 1920, subject to the terms of the parties' joint motion [see ECF No. 26].  Fees will be made payable to Michael David Altamirano, but if the Department of the Treasury determines that Michael David Altamirano does not owe a federal debt, then the government will cause the payment of fees, expenses, and costs to be made directly to Jonathan Peña DBA Peña and Bromberg, PLC, 3467 W. Shaw Avenue, Suite 100, Fresno, CA 93711.  Any payments will be delivered to Jonathan Peña.

**IT IS SO ORDERED**.

Dated:  8/5/2024

Hon. Barbara L. Major
United States Magistrate Judge

2

23CV0601-BLM